# Court of Appeals
# of the State of Georgia

ATLANTA,   May 18, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1421.  RICHARD S. STANLEY v. BANK OF NEW YORK MELLON.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Richard S. Stanley appealed the magistrate court's decision to the superior court, which issued a writ of possession.  While the case was pending in the superior court, Stanley filed a complaint for an injunction against Bank of New York Mellon, in which he contested the grant of the writ of possession.  In the order issuing the writ of possession, the trial court also dismissed Stanley's complaint.  Stanley then appealed directly to this Court.

The underlying subject matter of an appeal generally controls over the relief sought in determining the proper appellate procedure. *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994).  The underlying subject matter in the instant case is a dispossessory action that originated in magistrate court.  When a superior court order involves a de novo appeal from a magistrate court ruling, an appellant is required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Stanley's failure to adhere to the discretionary appeal procedure deprives us of jurisdiction. This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* <u>05/18/2012</u>
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*